# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 30, 2015

## NO. 03-13-00210-CV

**Texas Medical Board and, in their Official Capacities Only; Irvin E. Zeitler, Jr., D.O.; President, Marl Robinson; Executive Director, Michael Arambula, M.D., Pharm.D.; James Scott Holliday, D.O.; and Carlos L. Gallardo, Members of the Board, Appellants**

**v.**

**Benjamin Wiseman, M.D., Appellee**

---

**APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**DISMISSED AS MOOT ON REHEARING -- OPINION BY JUSTICE PURYEAR**

---

This is an interlocutory appeal from the order signed by the trial court on March 22, 2013. Our opinion and judgment dated October 3, 2014, are withdrawn, and this judgment is substituted in their place. Having reviewed the record, it appears to the Court that nothing is presented for review. Therefore, the Court dismisses the appeal as moot. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 30, 2015

## NO. 03-13-00291-CV

**Benjamin Wiseman, M.D., Appellant**

**v.**

**Texas Medical Board and, in their Official Capacities Only; Irvin E. Zeitler, Jr., D.O.; President, Marl Robinson; Executive Director, Michael Arambula, M.D., Pharm.D.; James Scott Holliday, D.O.; and Carlos L. Gallardo, Members of the Board, Appellees**

---

### APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### AFFIRMED ON REHEARING -- OPINION BY JUSTICE PURYEAR

---

This is an appeal from the judgment signed by the trial court on April 22, 2013. Our opinion and judgment dated October 3, 2014, are withdrawn, and this judgment is substituted in their place. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.